UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NHAN VAN PHAM,<br><br>             Plaintiff,<br><br>     v.<br><br>CATHAY PACIFIC AIRWAYS LIMITED, et al.,<br><br>             Defendants. | Case No.  16-cv-00487-EMC<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Docket No. 24 |

Previously, the Court issued an order instructing Plaintiff to show cause as to why his complaint should not be dismissed with prejudice for failure to oppose and/or failure to prosecute. The Court expressly warned Plaintiff that failure to respond to the order to show cause within the time specified would result in a dismissal of the case with prejudice.  Plaintiff has failed to respond to the order to show cause.  Accordingly, the Court hereby **DISMISSES** this case with prejudice and instructs the Clerk of the Court to close the file in this case.

**IT IS SO ORDERED**.

Dated: May 20, 2016

_____
EDWARD M. CHEN
United States District Judge